**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **GERARDO HOLGUIN ROJAS,** | ) | |
| **Petitioner,** | ) | |
| **v.** | ) | **Case No. CIV-26-2765-R** |
| **DIAMONDBACK CORRECTIONAL FACILITY, et al.,** | ) | |
| **Respondents.** | ) | |

**ORDER**

Challenging his detention by Immigration and Customs Enforcement, Petitioner, Mr. Gerardo Holguin Rojas, seeks release from detention or a prompt bond hearing from this Court through a writ of habeas corpus under 28 U.S.C. § 2241. [Doc. No. 1]. The Court referred Mr. Rojas's Petition to United States Magistrate Judge Chris M. Stephens, who recommended [Doc. No. 9] that the Court grant in part the Petition and order a bond hearing pursuant to 8 U.S.C § 1226(a). Mr. Rojas objected [Doc. No. 10], so the Court will review de novo those portions of the Report to which he specifically objects.[1] 28 U.S.C. § 636(b)(1); FED R. CIV. P. 72(b)(3).

Mr. Rojas objects to Judge Stephens's recommendation against shifting the burden of proof to the government at his bond hearing. Doc. No. 10 at 1. Because "no immigration judge has conducted a bond hearing in Petitioner's case, much less allocated the burden of proof or applied the particular facts of this case to that evidentiary framework," the Court

[1] Respondents did not object.

will not shift or alter the burden at this time. *See Singh v. Grant*, No. CIV-26-279-J, 2026 WL 1035100, at *2 (W.D. Okla. Apr. 16, 2026); *Rangel v. Mullin*, No. CIV-26-568-D, 2026 WL 1625653, at *2 n.2 (W.D. Okla. June 5, 2026) ("At this time, the Court declines to place the burden on the government to justify Petitioner's detention pending removal proceedings.").

Accordingly, the Court GRANTS in PART the Petition for Writ of Habeas Corpus, Doc. No. 1, and directs Respondents to provide Mr. Rojas with a lawful bond hearing pursuant to § 1226(a) within seven days of the date of this order or otherwise release him if he has not received such a hearing within that period. Respondents shall certify their compliance with this Order.

IT IS SO ORDERED this 10th day of November, 2026.

David L. Russell

**DAVID L. RUSSELL**
**UNITED STATES DISTRICT JUDGE**